FILED

2005 Feb-07  AM 08:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama
Middle Division

UNITED STATES OF AMERICA,          ]
                                   ]
     Plaintiff,                    ]
                                   ]
     vs.                           ] CR04-CO-0472-M
                                   ]
Leonard H. Woodall,                ]
                                   ]
     Defendant.                    ]

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Paul W. Greene, United States Magistrate Judge entered the 25th day of January, 2005.

It is Ordered that the Report and Recommendation of the Honorable Paul W. Greene, United States Magistrate Judge entered the 25th day of January, 2005 be accepted and hereby is accepted as entered.  This court does hereby adopt the report and recommendation as the Order of this court as if the same were set forth at this point *in extenso*.

Done this ___7th___ day of February 2005.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE